# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**STEPHANIE L. COLEMAN**                                    **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO.: 3:17-cv-73 HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI;**
**MAYOR TONY YARBER INDIVIDUALLY**
**AND HIS OFFICIAL CAPACITY; JOHN DOES 1-3**        **DEFENDANTS**

## MOTION FOR STAY OF DUTY TO FILE RESPONSIVE PLEADING BY TONY T. YARBER IN HIS INDIVIDUAL CAPACITY

**COMES NOW**, Defendant, Tony T. Yarber in his Individual Capacity, through counsel, and appears specially for the purpose of contesting personal jurisdiction pursuant to Rule 12(b)(2),(4), & (5) and asks the Court for a stay to file a responsive pleading and with respect states unto the Court the following:

1. Plaintiff filed her Complaint in this action on or about February 2, 2017.

2. Plaintiff caused the clerk to issue a single Summons to Mayor Tony Yarber individually and in his official capacity on February 2, 2017.

3. The Plaintiff's attorney filed with the Court a return on February 27, 2017 which indicates that Tony Yarber was served *personally* as an individual on February 6, 2017.

4. The undersigned attorney has been advised by Tony Yarber that he has not been *personally* served with the Summons and Complaint.

1

5. Service upon Tony Yarber in his official capacity as Mayor does not constitute service upon the individual.

6. Defendant Tony Yarber, in his individual capacity, respectfully moves the Court for a stay of filing a responsive pleading and also for a waiver of the requirement of providing a Memorandum Supporting this Motion.

**SO MOVED** this the 27th day of February 2017.

Respectfully submitted,

**CITY OF JACKSON, MISSISSIPPI**

By: /s/ LaShundra Jackson-Winters
LaShundra Jackson-Winters, Deputy City Attorney
Dana Sims, Deputy City Attorney

Of Counsel:

Monica Joiner, City Attorney
Mississippi Bar No. 102154
LaShundra Jackson-Winters
Mississippi Bar No. 101143
Dana Sims
Mississippi Bar No. 103768
**OFFICE OF THE CITY ATTORNEY**
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 telephone
601.960.1756 facsimile
*Attorneys for City of Jackson*

**CERTIFICATE OF SERVICE**

I, LaShundra Jackson-Winters, one of the attorneys for the City of Jackson, does hereby certify that I have this day delivered a true and correct copy of the above an foregoing document, via ECF electronic filing, to the following:

Wilson H. Carroll, Esq.
WILSON CARROLL, PLLC
3520 Old Canton Road
Jackson, Mississippi 39216
*Attorney for Plaintiff*

So certified, this the 27th day of February, 2017.

/s/ LaShundra Jackson-Winters
LASHUNDRA JACKSON-WINTERS