**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**STEPHANIE L. COLEMAN**                                                                  **PLAINTIFF**

**VS.**                                   **CIVIL ACTION NO.: 3:17-cv-00073 HTW-LRA**

**CITY OF JACKSON, MISSISSIPPI;
MAYOR TONY YARBER INDIVIDUALLY
AND IN HIS OFFICIAL CAPACITY;
JOHN DOES 1-3**                                                            **DEFENDANTS**

## STATUS REPORT

COMES NOW Plaintiff Stephanie L. Coleman, who files her status report pursuant to the Court's Order dated March 2, 2013, to advise that the case is still a live controversy, has not been settled and is not on the verge of settlement.

THIS, the 2nd day of March, 2017.

                                                    Respectfully submitted,

                                                  STEPHANIE L. COLEMAN

                          By:    /s/ Wilson H. Carroll
                                    Wilson H. Carroll (MSB#5894)
                                    Attorney for Plaintiff

OF COUNSEL:

Wilson H. Carroll
WILSON CARROLL, PLLC
3520 Old Canton Road
Jackson, Mississippi 39216
Tel: 601-953-6579
Fax: 888-505-0012
wilson@wilsoncarroll.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been provided to all counsel of records via the Court's automated filing system.

So certified, this the 2nd day of March, 2017.

/s/ Wilson H. Carroll
WILSON H. CARROLL (MSB# 5894)
