IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

STEPHANIE L. COLEMAN                                                                PLAINTIFF

VS.                                              CIVIL ACTION NO.: 3:17-cv-73 HTW-LRA

CITY OF JACKSON, MISSISSIPPI;
MAYOR TONY YARBER INDIVIDUALLY
AND HIS OFFICIAL CAPACITY; JOHN DOES 1-3                    DEFENDANTS

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COME NOW,** the undersigned, LaShundra Jackson-Winters and Dana P. Sims, and files this *Motion to Withdraw*, and in support thereof would show unto this Honorable Court, as follows:

1. On or about March 21, 2017 the Jackson, Mississippi City Council, by unanimous vote, ordered that the current action be represented by LaToya C. Merritt of Phelps Dunbar, LLP.

2. As LaShundra Jackson-Winters and Dana P. Sims currently serve as the Deputy City Attorneys assigned to this matter, the movants request that they be allowed to withdraw as counsel of record in this matter.

3. Allowing attorneys Jackson-Winters and Sims to withdraw as counsel of record in this action will not delay the resolution of this matter, nor will it prejudice the parties in any way.

**WHEREFORE, PREMISES CONSIDERED** the movants respectfully request the entry of an Order authorizing the withdrawal of Attorneys LaShundra Jackson-Winters and Dana P. Sims in this cause as counsel of record.

**RESPECTFULLY SUBMITTED**, this the 4th day of April, 2017.

BY:  /s/ Dana P. Sims            /s/ LaShundra Jackson-Winters
     Dana P. Sims,               LaShundra Jackson-Winters
     Deputy City Attorney        Deputy City Attorney

Of Counsel:

Monica Joiner, City Attorney
Mississippi Bar No. 102154
LaShundra Jackson-Winters
Mississippi Bar No. 101143
Dana P. Sims
Mississippi Bar No. 103768
**OFFICE OF THE CITY ATTORNEY**
Post Office Box 2779
Jackson, Mississippi 39207-2779
601.960.1799 (telephone)
601.960.1756 (facsimile)

## **CERTIFICATE OF SERVICE**

I, LaShundra Jackson-Winters, do hereby certify that I have this day transmitted via electronic mail through ECF electronic filing a true and correct copy of the above and foregoing ***Motion to Withdraw*** to the following:

Wilson H. Carroll, Esq.
WILSON CARROLL, PLLC
3520 Old Canton Road
Jackson, Mississippi 39216
*Attorney for Plaintiff*

So certified, this the 4th day of April, 2017.

/s/ LaShundra Jackson-Winters
LaShundra Jackson-Winters